UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| - v- | : | |
| | : | |
| JUAN MARRERO, et al. | : | Criminal Number: 3:05cr53(AHN) |
| | : | |
| RE: 2065 EAST MAIN STREET, | : | |
| BRIDGEPORT, CONNECTICUT, | : | |
| INCLUDING MARRERO'S | : | |
| RESTAURANT | : | |

**Order**

Upon consideration of the parties' Stipulated Motion to Permit Interlocutory Sale of Real Property, Premises, and On-Site Business, and to Permit Escrow of Sale Proceeds (hereinafter, "Stipulated Motion"), and the attached Agreement of All Parties Having Interests Concerning Sale of Real Property, Premises, and On-Site Business at 2065 East Main Street, Bridgeport, Connecticut" (hereinafter, the "Agreement"), the representations therein, and the full record of the case,

IT IS HEREBY ORDERED that the Stipulated Motion is granted; and

IT IS FURTHER ORDERED that the parties to the Stipulated Motion, and to the attached Agreement, are permitted to conduct the sale described in those two documents, that is, the sale of: (1) the real property located at 2065 East Main Street, Bridgeport, Connecticut, described more fully in Attachment B to the indictment (the "Property"); and (2) the business known as Marrero's Restaurant, located in the building on the Property (the "Business"); and

IT IS FURTHER ORDERED that the sale of the Property and the Business, as well as the maintenance of the Property and the Business pending sale, the preparations for the sale, and the subsequent disbursements of the proceeds of the sale, shall comply with all terms and conditions set forth in the Stipulated Motion and the Agreement; and

IT IS FURTHER ORDERED that the net proceeds of the sale, as defined in paragraph 4.f. of the Stipulated Motion, shall be conveyed to the United States Marshal, and thereafter held in escrow in the United States Marshals Service Asset Forfeiture Deposit Fund pending further order of the Court; and

IT IS FURTHER ORDERED that all claims by defendant Juan Marrero to the net proceeds held in escrow are to be held in abeyance until either (a) defendant Juan Marrero commences trial or enters a plea agreement in this case, or (b) there is a dismissal of either the criminal charges against defendant Juan Marrero or the forfeiture allegation regarding the Property and the Business; and

IT IS FURTHER ORDERED that all claims by anyone other than defendant Juan Marrero to the net proceeds held in escrow are to be held in abeyance until either (a) an adjudication of defendant Juan Marrero's guilt, or (b) the criminal charges against defendant Juan Marrero or the forfeiture allegation regarding the Property and the Business are dismissed.

Dated this ____ day of _____, 2006, at Bridgeport, Connecticut.

HON. ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE