UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2007 JUL 17 A 10: 48

US. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | Criminal Number: 3:05CR53(AHN) |
| JUAN MARRERO, et al. | |

## ORDER

Upon consideration of the Stipulated Forfeiture Agreement entered into by the United States of America and claimants Juan O. Marrero, Sr. and Carmen I. Marrero a/k/a Carmen Marrero, and the record of the case as a whole, it is hereby ORDERED AND ADJUDGED:

1. That the Court hereby approves the Stipulated Forfeiture Agreement; and

2. That the United States shall prepare a Final Order of Forfeiture that incorporates all the terms of the Stipulated Forfeiture Agreement with respect to the forfeiture and/or disposition of any assets in this case, and with respect to any agreed-upon payments to be made to the United States by the CLAIMANTS.

SO ORDERED this 16 day of July, 2007, at Bridgeport, Connecticut.

HON. ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE